*JUDGE SWAIN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| -v.- | : | 08 Cr. |
| BRANSON GREEN, | : | |
| Defendant. | : | 08 CRIM 170 |

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about January 25, 2008, in the Southern District of New York, BRANSON GREEN, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 23, 2005 in New York Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31, a Class D felony, did possess in and affecting commerce, a firearm, to wit, a Smith & Wesson nine millimeter revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

/s/ Rita Hocu
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRANSON GREEN,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

2/29/08 Filed Indictment. Case Assigned
Judge Swain
of Mag. J. Katz