UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          SUPERSEDING
                                             INDICTMENT
            -v.-                   :
                                             S1 08 Cr. 170 (LTS)
BRANSON GREEN,                     :

            Defendant.             :

- - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about January 25, 2008, in the Southern District of New York, BRANSON GREEN, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Criminal Sale of a Controlled Substance in the Fifth Degree, in violation of New York Penal Law 220.31, a Class D felony, on or about December 23, 2005 in New York Supreme Court, New York County, did possess in and affecting commerce, a firearm, to wit, a Smith & Wesson .38 caliber revolver, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRANSON GREEN,

Defendant.

### SUPERSEDING INDICTMENT

S1 08 Cr. 170 (LTS)

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

3/19/08  Filed Indictment

Pitman
U.S.M.J.