

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#
MAY 2 2 2008

May 22, 2008

**BY FACSIMILE**

Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

  Re: *United States v. Branson Green*,
    08 Cr. 170 (LTS)

Dear Judge Swain:

  At the request of the Court, the Government respectfully writes to request that the pretrial conference on the above-captioned matter originally scheduled for May 28, 2008 be adjourned until May 29, 2008 at 11:00 a.m. Chambers has advised that the Court has a scheduling conflict on May 28, 2008.

  The Government also requests that time be excluded for the purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161, from May 28, 2008 until May 29, 2008.

*The foregoing adjournment and exclusion requests are granted as in the interests of justice.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

SO ORDERED.

_____ 5/22/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: _____
Telemachus P. Kasulis
Assistant United States Attorney
Southern District of New York
(212) 637-2411

cc: Jennifer L. Brown, Esq.