```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                                      No. 08 Crim. 170 (LTS)

BRANSON GREEN,

        Defendants.

-------------------------------------------------------x
```

### ORDER

The sentencing originally scheduled for September 12, 2008, is adjourned to September 5, 2008, at 2:00 p.m.

SO ORDERED.

Dated:   New York, New York
         June 18, 2008

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         United States District Judge

Copies mailed/faxed to  All parties
Chambers of Judge Swain
                        6-18-08